UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
AMERICAN INTERN'L                              Docket Number: 13 CV 951 (LAK)

    -against-                                  NOTICE OF ASSIGNMENT

MAIDEN LANE
--------------------------------------------------------

The above-entitled action is:

[  ] Declined by Hon.
       As   [  ]Related/ [   ] Similar to case #:

[ X ] Assigned to the Hon. LEWIS A. KAPLAN (LAK)
    [ X ] Designated / [   ] Redesignated Hon.   GABRIEL W. GORENSTEIN (GWG),
    Magistrate Judge

[  ] Accepted by Hon.          as [   ] Related/ [   ] Similar to case #:
    [   ] Designated   [   ] Redesignated Hon.              ,Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                Ruby J. Krajick
                                                Clerk of Court

Dated: 02/14/2013                                By:    PHYLLIS ADAMIK
****ASSIGNED PER DOCKET ENTRY #12****

                                                Deputy Clerk