USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/13

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAY 28 2013
JUDGE KAPLAN'S CHAMBERS

---

AMERICAN INTERNATIONAL GROUP, INC., *et al.*,

　　　　　Plaintiffs,

-against-

MAIDEN LANE II LLC,

　　　　　Defendant.

13 Civ. 951 (LAK)
(ECF Case)

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

It is hereby stipulated by and between the undersigned counsel for Plaintiffs American International Group, Inc., American General Life Insurance Co., AIG Securities Lending Corp., The United States Life Insurance Company in the City of New York, and The Variable Annuity Life Insurance Co., and Defendant Maiden Lane II LLC, that the above-captioned action shall be and hereby is dismissed without prejudice, and with all parties to bear their own fees and costs.

Dated: May 17, 2013
　　　　New York, New York

QUINN EMANUEL URQUHART &
　SULLIVAN, LLP

By: _____
Michael B. Carlinsky
michaelcarlinsky@quinnemanuel.com
Maria Ginzburg
mariaginzburg@quinnemanuel.com
Kevin S. Reed
kevinreed@quinnemanuel.com
Isaac Nesser
isaacnesser@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: 212-849-7000

*Attorneys for Plaintiffs*

DEBEVOISE & PLIMPTON LLP

By: _____
John S. Kiernan
jskiernan@debevoise.com
Jennifer E. Spain
jespain@debvevoise.com
Nicolas C. Tompkins
ntompkins@debvoise.com

919 Third Avenue
New York, New NY 10022
Tel: (212) 909-6000

*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J.
5/28/13